

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2015

No. 04-15-00042-CV

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES,**
Appellant

v.

Amy W. **ROCKWOOD**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-04447
The Honorable Stephani A. Walsh, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on March 16, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2015.

_____
Keith E. Hottle
Clerk of Court